PIETRO ALVINO, Appellant, v. REGINA MARASCO and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LOUIS FELDESMAN and Another, Respondents, v. SAM R. SOLOMON, Appellant.— Judgment and orders reversed, with costs, and motion denied, with ten dollars costs, on the ground that isssues of fact are involved. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANNA FISHBEIN, Respondent, and ISIDORE FISHBEIN, Plaintiff, v. DAVID DIAMOND, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch , P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DENNIS SULLIVAN and MARGARET SULLIVAN, Appellants, v. IRENE E. VANHAUSEN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LAURA S. VANDEWATER, Respondent, v. HARRY S. AUSTIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE BIG FOUR REALTY CORPORATION, Respondent, v. BELNORD GARAGE, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ERNEST H. WHITING and LESLIE E. WHITING, Copartners, etc., and Others, Respondents, v. WARNER-QUINLAN COMPANY and Others, Defendants, Impleaded with RICHFIELD OIL COMPANY OF NEW YORK, Appellant.—Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HISTORICAL PRESS ASSOCIATION, INC., Appellant, v. LILLIAN R. NORTON, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MABEL FENTRESS SOBEL, Respondent, v. LEON SOBEL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

PAUL TAORMINA, Respondent, v. MAX E. BOSSART, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANTONIO CIOTI, Respondent, v. S. MINSKOFF PLUMBING COMPANY, INC., Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHESTER QUICK, Appellant, v. COLUMBUS MARINE CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.